UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS PERALTA

                Plaintiff,      19cv7565 (JGK)

- against -                ORDER

CITY OF NEW YORK et al.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

The defendants should file a pre-motion letter by **March 27, 2020**. The plaintiff should respond by **April 3, 2020** and should indicate whether it intends to file an amended complaint at that time. The Court will set a briefing schedule at that time.

**SO ORDERED.**

Dated:    New York, New York
           February 24, 2020

                                              John G. Koeltl
                                        United States District Judge