

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**PETER BROCKER**
*Assistant Corporation Counsel*
*Phone: (212) 356-2332*
*Fax: (212) 356-3509*
*pbrocker@law.nyc.gov*

February 18, 2021

**BY E.C.F.**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Oral argument adjourned until March 11, 2021, at 2:30 p.m.
> SO ORDERED
>
> _/s/ John G. Koeltl_
> February 18, 2021    John G. Koeltl
> New York, NY    U.S.D.J.

Re:  Elvis Peralta v. City of New York, et al.,
      19 Civ. 7565 (JGK)

Your Honor:

I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter. I write to respectfully request a two-week adjournment of the oral argument currently scheduled for Monday February 22, 2021. This is defendants' first request for an adjournment, and plaintiff consents to this request.

The reason for this request is that I suffered a death in the family last night. As a result, I am going to be out of the office beginning tomorrow, February 19, 2021 and will not be able to prepare for, or attend, oral argument in this matter as currently scheduled.

As a result of the foregoing, defendants respectfully request that the Court reschedule oral argument in this matter to a date and time convenient to the Court after March 11, 2021.[1] Thank you for your consideration of this matter.

Respectfully submitted,

*Peter W. Brocker /s/*
Peter W. Brocker, Esq.
*Assistant Corporation Counsel*

cc:    All counsel of record via ECF

---

[1] Due to an unrelated scheduling conflict, the undersigned will be unavailable on March 9- 10, 2021.