DRAFT 1.18.2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
ELVIS PERALTA,

                        Plaintiff,
                                              19-cv-7565 (JGK)
         - against –
                                              ORDER
CITY OF NEW YORK, ET AL.,

                        Defendants.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

For the reasons stated at the conference on March 11, 2021, the motion to dismiss is granted in part and denied in part. The defendants' answer is due March 26, 2021.  The parties should submit a Rule 26(f) report by April 9, 2021.

The matter is referred to the Magistrate Judge for settlement.  The parties should submit a status letter to this Court within 7 days after the conclusion of the settlement effort before the Magistrate Judge.

The Clerk is directed to close Dkt. No. 26.

**SO ORDERED.**

Dated:    New York, New York
          March 11, 2021

                              /s/ John G. Koeltl
                              **John G. Koeltl
                              United States District Judge**

1