UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS PERALTA,

                Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

                Defendants.

19-cv-7565 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should submit a current Rule 26(f) report by 1/7/22.

SO ORDERED.

Dated:    New York, New York
           December 21, 2021

                                        John G. Koeltl
                                  United States District Judge