```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ELVIS PERALTA,

                Plaintiff,

   - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

19-cv-7565 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    As discussed during today's conference, the parties should submit a Rule 26(f) report by **February 4, 2022**. The defendants' request to dismiss the complaint for failure to prosecute is **denied**.

SO ORDERED.

Dated:    New York, New York
            January 27, 2022

                                          _____
                                          John G. Koeltl
                                        United States District Judge