UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELVIS PERALTA,

              Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

              Defendants.

19-cv-7565 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants' motion for summary judgment is due by **June 17, 2022**. The plaintiff may respond by **July 8, 2022**. The defendants may reply by **July 18, 2022**.

    The case is stayed pending decision on the motion for summary judgment.

SO ORDERED.

Dated:    New York, New York
            May 17, 2022

                                    John G. Koeltl
                                  United States District Judge