

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER G. ARKO**
*Senior Counsel*
Telephone: (212) 356-5044
Fax: (212) 356-1148
carko@law.nyc.gov

August 3, 2022

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Elvis Peralta v. City of New York, et al.,
               19 Civ. 7565 (JGK))

Your Honor:

      I am a Senior Counsel at the New York City Law Department, attorney for defendants Daniel Castillo, Robert Gallitelli, Joseph Rivera, and Brian Green in the above-referenced matter. I write to respectfully request a one week extension, from August 12, 2022 to August 19, 2022, to file defendants' summary judgment reply. This is defendants' first request for an extension to file their reply and it is made with plaintiff's consent. The requested extension will not affect any other deadlines in this case.

      The reason for this request is that I will be out of the office on a previously-scheduled vacation from August 5, 2022 through August 15, 2022. I had hoped to finish defendants' reply before leaving, but I unfortunately will be unable to owing to obligations in other cases. I therefore respectfully request an additional week to file defendants' reply.

      I thank the Court for its consideration of this request.

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
8/4/22

Respectfully submitted,

/s/ *Christopher G. Arko*

Christopher G. Arko
Senior Counsel

cc:    Samuel DePaola (By ECF)
       *Attorney for plaintiff*