```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
ELVIS PERALTA,
                    Plaintiff,         19-cv-7565 (JGK)

       - against -                     [MEMORANDUM OPINION
                                       AND] ORDER
CITY OF NEW YORK, ET AL.,
                    Defendant.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to submit courtesy copies regarding the pending motion for summary judgment.

**SO ORDERED.**
**Dated:   New York, New York**
          **August 22, 2022**

                              _____/s/ John G. Koeltl_____
                                    John G. Koeltl
                              United States District Judge