UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIS PERALTA,

                Plaintiff,

-v.-

CITY OF NEW YORK, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2023

19 Civ. 7565 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that a conference will take place on February 21, 2023 at 11:30 AM in Courtroom 12B, 500 Pearl Street, New York, NY 10007. At the conference, the progress of discovery will be discussed.

    IT IS FURTHER ORDERED that counsel for Plaintiff and Defendants consult in advance of the conference to reach agreement, if possible, on Defendants' request to compel Plaintiff to provide responses to their interrogatory and document requests, ECF No. 90.

    SO ORDERED.

Dated: February 10, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge