# SIM & DEPAOLA, LLP
*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 405
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/28/2023
```

March 24, 2023

**<u>Via ECF</u>**
Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Elvis Peralta v. City of New York, et al.*
        Docket No. 19-cv-7565 (JKG)

Your Honor,

  Plaintiff and Defendants write jointly in response to Your Honor's order dated March 20, 2023, requesting that the parties confer and confirm Plaintiff's Response to Defendant's First Set of Interrogatories and Request for Documents, an extension of time to complete discovery, and a referral for settlement. The undersigned has conferred with counsel for defendants, John Schemitsch, and the parties jointly request a sixty (60) day extension of time to complete discovery from **March 21, 2023** to **May 21, 2023**. Today, the undersigned provided Defendants with Plaintiff's Response to Defendants First Set of Interrogatories and Request for Documents *via* email.

  Furthermore, the parties are also interested in settlement incumbent upon a new demand from Plaintiff. Unfortunately, the undersigned was not able to speak with Mr. Peralta concerning this by close of business today, and, because of this, the parties have agreed to write separately requesting a referral for a settlement conference with Magistrate Judge James L. Cott, upon receipt of a new demand from Plaintiff.

  It is respectfully requested, therefore, that the Court extend the deadlines presently set forth for the close of fact discovery by sixty (60) days from **March 21, 2023** to **May 21, 2023**, together with such other relief the Court may deem just and proper.

  Thank you for your consideration of the above.

Sincerely,

*/s/ Ataur Raquib, Esq.*
Ataur Raquib, Esq.
*Attorney for plaintiff*
araquib@simdepaola.com

cc:
*Via* ECF
John Schemitsch
jschemit@law.nyc.gov

The parties' application is GRANTED. Defendants' motion to compel, ECF No. 90, is denied as moot.

Within 48 hours of receiving a new demand from Plaintiff, the parties shall inform the Court by joint letter filed on ECF and contact the Chambers of Magistrate Judge Cott directly to schedule a settlement conference.

The Clerk of Court is directed to terminate ECF Nos. 90 and 97.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: March 28, 2023