# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard - Suite 405
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2023

May 16, 2023

**Via ECF**
Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Elvis Peralta v. City of New York, et al.*
             Docket No. 19-cv-7565 (JHR) (JLC)

Honorable Judge Rearden,

    Pursuant to Your Honor's order dated March 28, 2023 (ECF Doc. 98), the parties reached out to schedule a settlement conference with Magistrate Judge Cott's chambers on **May 2, 2023**. In the same order, Your Honor also granted the parties' joint application for an extension of time to complete discovery on **May 21, 2023**.

    On May 2, 2023, based on Magistrate Judge Cott's availability, the parties conferred and requested a settlement conference on **July 25, 2023** at 2:15pm *via* video conference (ECF Doc. 100) that was then scheduled and so ordered by Judge Cott (ECF Doc. 102). After conferring with defense counsel, the parties now make this instant application to request a stay of discovery until after the aforesaid settlement conference is completed.

    It is respectfully requested, therefore, that the Court grant the parties' application and stay discovery in this matter, together with such other relief the Court may deem just and proper.

    Thank you for your consideration of the above.

                                    Sincerely,

                                    */s/ Ataur Raquib, Esq.*
                                    Ataur Raquib, Esq.
                                    *Attorney for plaintiff*

araquib@simdepaola.com

cc:
*Via* ECF
John Schemitsch
jschemit@law.nyc.gov

The parties' joint application is GRANTED. The deadline to complete discovery is extended to August 24, 2023 and will not be further extended absent good cause.

By August 1, 2023, the parties shall submit a joint letter updating the Court on the status of settlement discussions.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: May 18, 2023